IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO PEÑA,

    Petitioner,                     No. CIV S-01-1684 FCD JFM P

    vs.

ANA RAMIREZ PALMER,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, a former state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On June 1, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.[1] Neither party has filed objections to the findings and recommendations.

/////

/////

---

[1] The findings and recommendations were re-served on petitioner on June 28, 2005.

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1. The findings and recommendations filed June 1, 2005, are adopted in full; and
5 |     2. Petitioner's application for a writ of habeas corpus is denied.
6 | DATED: July 29, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge